IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH LAMBERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CV 20-70-M-DLC-KLD<br><br><br>ORDER |

Defendant electronically filed the certified administrative record in this matter on September 16, 2020. (Doc. 10.) **IT IS HEREBY ORDERED** that on or before **December 9, 2020,** Defendant shall submit to the Clerk's Office, at the Russell Smith Courthouse, 201 East Broadway, Missoula, MT 59802, a courtesy copy of the electronically filed certified administrative record.

DATED this 2nd day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge