IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH LAMBERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CV 20–70–M–DLC–KLD<br><br><br>ORDER |

Before the Court is Plaintiff's Stipulation for Award of Attorney's Fees Pursuant to the Equal Access to Justice 28 U.S.C. § 2412(d) and for Court Costs Pursuant to 28 U.S.C. § 1920. (Doc. 20.) The parties agree that Plaintiff is entitled to $8,415.09 in attorney fees and $400.00 in costs under the Equal Access to Justice Act. (*Id.*) Accordingly,

IT IS ORDERED that Motion (Doc. 20) is GRANTED. Plaintiff is awarded $8,415.09 in fees and $400.00 in costs.

DATED this 14th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1