IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH LAMBERT,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | CV 20–70–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiff Kenneth Lambert's motion for an award of attorneys' fees, pursuant to 42 U.S.C. § 406(b). (Doc. 22.) On May 5, 2021, this Court reversed the Commissioner's decision denying Lambert's application for benefits and remanded for additional agency proceedings. (Docs. 18, 19.) On July 14, 2021, the Court awarded Lambert $8,415.09 in attorneys' fees. (Doc. 21.) On remand, the Commissioner awarded Lambert past-due Title II benefits from October 2014. (Doc. 22 at 2.) Of the total amount awarded, $30,103.98 has been withheld pending approval of attorneys' fees. (*Id.*) Having reviewed Lambert's submissions (Docs. 22, 22-1, 22-2), the Court finds this amount to constitute a reasonable award of attorneys' fees. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002).

1

Accordingly, IT IS ORDERED the motion (Doc. 22) is GRANTED. This Order shall serve as official approval of attorney Andrew T. Koenig's fees in the amount of $30,103.98.

IT IS FURTHER ORDERED that, upon receipt of such fees, Mr. Koenig shall reimburse Lambert in the amount of $8,415.09, representing fees Mr. Koenig has already actually received.

DATED this 23rd day of June, 2023.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court